ACCEPTED
15-25-00137-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/11/2025 4:30 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00137-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/11/2025 4:30:28 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS

## FOR THE FIFTEENTH APPELLATE DISTRICT OF TEXAS

### RIVERSIDE STRATEGIC CAPITAL FUND I, L.P., RSCF BLOCKER TRUE HEALTH, LLC, RSCF I-A BLOCKER TRUE HEALTH, LLC,

*Appellants,*

v.

### CLG INVESTMENTS, LLC, ET AL.,

*Appellees.*

**On Appeal from the Business Court of Texas, First Division (1B)**
**Trial Court Case No. 25-BC01B-0006**
**Hon. Bill Whitehill, Presiding**

### ROGGE DUNN'S UNOPPOSED MOTION IN SUPPORT OF ADAM M. GOGOLAK'S MOTION FOR PRO HAC VICE ADMISSION

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

I, Rogge Dunn, file this Unopposed Motion in Support of Adam M. Gogolak's Motion for Pro Hac Vice Admission to appear before this Court and would respectfully show the Court the following:

1

1.  I am associated with Adam M. Gogolak in this case. I am employed as an attorney on this case and will personally participate in the litigation of this case on behalf of Appellants Riverside Strategic Capital Fund I, L.P., RSCF Blocker True Health, LLC, and RSCF I-A Blocker True Health, LLC.

2.  I am a practicing attorney and a member in good standing with the State Bar of Texas. My state bar number, office address, telephone number, fax number, and email address are included in my signature below.

3.  I find Adam M. Gogolak to be a reputable attorney, and I recommend that the Court grant him permission to participate in this proceeding before the Court.

## **PRAYER**

For these reasons, I ask the Court to grant Adam M. Gogolak's Unopposed Motion for Pro Hac Vice Admission and allow him to appear before this Court in this proceeding until the conclusion of this case.

Respectfully submitted,

_____
**ROGGE DUNN**
State Bar No. 06249500
Email: Dunn@RoggeDunnGroup.com

**ROGGE DUNN GROUP, PC**
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833

**ATTORNEY FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 10, 2025 counsel for Appellants conferred with all counsel for Appellees, who stated that they do not oppose the relief sought herein.

_____
ROGGE DUNN

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing instrument was served on the Parties' counsel of record pursuant to the Rules on this 11th day of December, 2025.

_____
ROGGE DUNN

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rogge Dunn
Bar No. 6249500
dunn@RoggeDunnGroup.com
Envelope ID: 109010300
Filing Code Description: Motion
Filing Description: A. Gogolak Motion for Pro Hac Vice
Status as of 12/11/2025 4:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| LaDawn Nandrasy | 4715800 | ladawn.nandrasy@wickphillips.com | 12/11/2025 4:30:28 PM | SENT |
| Sean Lemoine | | sean.lemoine@wickphillips.com | 12/11/2025 4:30:28 PM | SENT |
| Rashella Widdoes - Paralegal | | widdoes@RoggeDunnGroup.com | 12/11/2025 4:30:28 PM | SENT |
| Colin PBenton | | colin.benton@wickphillips.com | 12/11/2025 4:30:28 PM | SENT |
| Lanette Fidone | | lanette.fidone@wickphillips.com | 12/11/2025 4:30:28 PM | SENT |
| Samantha Tandy | | samantha.tandy@wickphillips.com | 12/11/2025 4:30:28 PM | SENT |
| Zachary Farrar | | Zachary.Farrar@wickphillips.com | 12/11/2025 4:30:28 PM | SENT |
| Harvey Joseph | | Joseph@roggedunngroup.com | 12/11/2025 4:30:28 PM | SENT |
| Adam Gogolak | | AMGogolak@wlrk.com | 12/11/2025 4:30:28 PM | SENT |
| William Savitt | | WDSavitt@wlrk.com | 12/11/2025 4:30:28 PM | SENT |
| Michael Avi-Yonah | | MSAviYonah@wlrk.com | 12/11/2025 4:30:28 PM | SENT |
| Karina Enriquez | | karina.enriquez@wickphillips.com | 12/11/2025 4:30:28 PM | SENT |
| Lane Webster | | webster@RoggeDunnGroup.com | 12/11/2025 4:30:28 PM | SENT |
| Rogge Dunn | | dunn@roggedunngroup.com | 12/11/2025 4:30:28 PM | SENT |
| Barb Morgan | | barb.morgan@wickphillips.com | 12/11/2025 4:30:28 PM | SENT |